848

*Jacob Rassner* for Puleo, respondent in No. 1329. Reported below: 159 F. 2d 842.

No. 1338. DE FILIPPIS *v.* CHRYSLER CORPORATION ET AL. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William J. Rapp* and *Samuel Hershenstein* for petitioner. *Max W. Zabel* and *Edward C. Gritzbaugh* for respondents.

No. 1357. WHITFIELD *v.* PARSONS ET AL. June 16, 1947. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Harry Kalisch* for petitioner. *Theodore D. Parsons* for respondents.

No. 1358. MCALLISTER LIGHTERAGE LINE, INC. *v.* P. DOUGHERTY Co. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Wilbur E. Dow, Jr.* and *William G. Symmers* for petitioner. *Christopher E. Heckman* for respondent.

No. 1361. MELLOR *v.* UNITED STATES; and
No. 1362. FORD *v.* UNITED STATES. June 16, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Eugene D. O'Sullivan* and *Hugh J. Boyle* for petitioners. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Reported below: 160 F. 2d 757.